FILED
2009 Sep-30 AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LONNIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-09-RRA-1578-S |
| THE CITY OF MOUNTAIN BOOK, ) | |
| ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

Memorandum Opinion

Lonnie Williams, hereinafter referred to as the plaintiff, has filed a pro se complaint pursuant to 42 U.S.C. § 1983 alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States have been abridged by the defendants. Upon screening pursuant to § 1915(e)(2), the magistrate recommended that the complaint be dismissed as frivolous. The time for objections to the recommendation has expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that this matter is frivolous and is due to be DISMISSED, with prejudice. A Final Judgment will be entered.

DONE this the 30th day of September, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE